# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 0 6 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

Philip Donald Stambaugh; Ecco Alice Whipple Stambaugh

V.

United States

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv1941-IEG(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** Respondent's Motion to dismiss and dismisses the Petition to Quash the Internal Revenue Service Summons. Case is closed..................................................................................

| January 6, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | J. Haslam |
|  | (By) Deputy Clerk |
|  | ENTERED ON January 6, 2009 |

08cv1941-IEG(WMC)